AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United Stated District Court Central<br>350 West 1st Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.: 2:21-CV-06825-DMG | DATE FILED: 8/24/2021 |
| PLAINTIFF<br>GEORGE STEINMETZ | DEFENDANT<br>ADOBE INC., et al., |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VAu001177526 | NY Air Late Spring Early Summer, Fire Island. | George Robert Steinmetz |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Notice of Voluntary Dismissal<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>11/10/2021 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>11/15/2021 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| | |
|---|---|
| 1 | Scott Alan Burroughs (SBN 235718) |
| 2 | scott@donigerlawfirm.com |
|   | Frank R. Trechsel (SBN 312199) |
| 3 | ftrechsel@donigerlawfirm.com |
|   | DONIGER / BURROUGHS |
| 4 | 603 Rose Avenue |
| 5 | Venice, California 90291 |
|   | Telephone: (310) 590-1820 |
| 6 | Attorneys for Plaintiff |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STEINMETZ, an Individual, | Case No.: 2:21-cv-06825-DMG-E |
| Plaintif, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| ADOBE INC., a Delaware Limited Liability Company; and DOES 1-10, | |
| Défendant. | |

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff, George Steinmetz, hereby voluntarily dismisses the above-captioned action in its entirety *with prejudice*. Each party shall bear its own costs and fees. No order is required on this Notice per the above-mentioned Federal Rule.

Respectfully submitted,

Dated: November 10, 2021      By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff